Page: 1

Date: 09/10/10

## DIVIDENDS REMITTED TO THE COURT
Check Number 3012 Dated 09/10/10
Case Number 09-14534 - BURRAGE, JESSICA S.

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| GE Money Bank<br>dba LOWE'S PLATINUM VISA<br>Care of Recovery Management Systems Corp<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | 000008 | 290.34 | 4.91 |
| GE Money Bank<br>dba PAYPAL<br>Care of Recovery Management Systems Corp<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | 000009 | 287.28 | 4.85 |
| ----------Remittance Total---------- | | 577.62 | 9.76 |

MARC S. EHRLICH, TRUSTEE

9/13/10

RECEIVED
2010 SEP 13 PM 12: 28
CLERK OF THE
BANKRUPTCY COURT
N.D. OF NY
ALBANY

Printed: 09/10/10 10:23 AM    Ver: 15.20

COURT1